# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TERRENCE HOWARD HAZEL, I,

Plaintiff,

v.

PERRY RUSSELL, *et. al.,*

Defendants.

Case No. 3:20-cv-00726-CLB

**ORDER DISMISSING DEFENDANTS FOR LACK OF SERVICE PURSUANT TO FED. R. CIV. P. 4(m)**

The amended complaint in this action was filed on September 8, 2021. (ECF No. 26.) The Court issued a notice of intent to dismiss Defendants J. Caporiles and Mears pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by November 21, 2022. (ECF No. 46.) To date, no such proof of service has been filed.

Accordingly, **IT IS ORDERED** that the claims against J. Caporiles and Mears are dismissed without prejudice.

**DATED**: August 11, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**