AARON D. FORD
Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3375
Fax: (702) 486-3773
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE HAZEL,<br><br>            Plaintiff,<br><br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>            Defendants. | Case No. 3:20-cv-00726-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Terrence Hazel, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 20th day of November, 2023.

By: _____
Terrence Hazel #1184717
Plaintiff, Pro Se

DATED this 20th day of November, 2023.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2024